**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Proposed Attorneys for
SDRES Partners LLC, Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

In re:

SDRES PARTNERS LLC,

Debtor.

Case No.: 8:26-bk-11744-SC

Chapter 11

**NOTICE OF CONTINUED STATUS CONFERENCE**

**Continued Status Conference:**
Date: September 16, 2026
Time: 1:30 p.m.
Location: Courtroom 5C
411 West Fourt Street
Santa Ana, CA 92701

**TO ALL PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that at the July 29, 2026, chapter 11 status conference in the above-captioned case, the Court continued the status conference to **September 16, 2026** at **1:30 p.m.**

**PLEASE TAKE FURTHER NOTICE** that any parties wishing to appear may do so either in-person (in Courtroom 5C) or by ZoomGov video or ZoomGov audio. ZoomGov connection information for each hearing is provided on Judge Clarkson's publicly posted hearing calendar at https://www.cacb.uscourts.gov/judges/honorable-scott-c-clarkson.

Dated: July 29, 2026

**RAINES FELDMAN LITTRELL LLP**

By: */s/ Kyra E. Andrassy*
Kyra E. Andrassy
Proposed Attorneys for SDRES Partners, LLC, Debtor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CONTINUED STATUS CONFERENCE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 7/29/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com**
- **Jessica L Bagdanov jbagdanov@bg.law, ecf@bg.law**
- **Kenneth Misken Kenneth.M.Misken@usdoj.gov**
- **John A Moe john.moe@dentons.com, kathryn.howard@dentons.com;derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com**
- **Byron Z Moldo bmoldo@ecjlaw.com, aantonio@ecjlaw.com,dperez@ecjlaw.com,scarson@ecjlaw.com**
- **Walter Whitman Moore walter@licensedtosue.com, waltermooreinla@gmail.com**
- **David M Poitras dpoitras@bg.law**
- **United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

2. SERVED BY UNITED STATES MAIL:
On (*date*) July 29, 2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/29/2026 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Federal Express**
Hon. Scott C. Clarkson
U.S. Bankruptcy Court
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/29/2026 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SDRES Partners LLC
Case No. 8:26-bk-11744-SC

VIA US MAIL

Office of the U.S. Trustee

Kenneth Misken
DOJ-UST
Office of the United States Trustee
411 W. Fourth St, #7160
Santa Ana, CA 92701

Secured Creditors

Preferred Bank
c/o John A. Moe, II
Dentons US LLP
601 S Figueroa St, Fl 25
Los Angeles, CA 90017

Preferred Bank
601 S. Figueroa Street, 20th Floor
Los Angeles, CA 90017

20 Largest Unsecured Creditors

Ambassador West Master Association
c/o Action Property Management
PO Box 25013
Santa Ana, CA 92799

High Speed Rooter & Plumbing, Inc.
10709 Vernon Avenue
Ontario, CA 91762

Vierergruppe Management Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705

Clear Mind Full Heart
210 S Orange Grove Blvd
Pasadena, CA 91123

Camacho, Moises
5590 W. Mission Blvd
Ontario, CA 91762

Jerome Andrews
248 S Orange Grove Blvd, #202
Pasadena, CA 91123

Jo-Lynn Marie Battany
244 S Orange Grove
Blvd, #203
Pasadena, CA 91123

Renee M. Dominique
244 S Orange Grove Blvd, #104
Pasadena, CA 91123

Vaughan Pools 127, Inc
dba Steve Vaughan Pool and Spa
514 W Maple Ave
Monrovia, CA 91016

Ann W. Paul
244 S Orange Grove Blvd, #103
Pasadena, CA 91123

Vincent Rojas
244 S Orange Grove Blvd, #101
Pasadena, CA 91123

Maranatha High School
169 S. St. John Ave
Pasadena, CA 91105

Gloria Fowler
244 S Orange Grove Blvd, #204
Pasadena, CA 91123

Judith Moore
248 S Orange Grove Blvd, #102
Pasadena, CA 91123

City of Pasadena
100 N. Garfield Ave, N106
P.O. Box 7115
Pasadena, CA 91109

Stanley Pest Control (290)
2555 Loma Avenue
South El Monte, CA 91733

Compass
341 Bayside Drive
Newport Beach, CA 92660

Hampton Realty & Investment, Inc
706 W. Duarte Rd, Unit D
Monrovia, CA 91016

Pasadena Water and Power
P.O. Box 7120
Pasadena, CA 91109

SoCalGas
P.O. Box C
Monterey Park, CA 91756