| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **RAINES FELDMAN LITTRELL LLP**<br>Kyra E. Andrassy, SBN 207959<br>kandrassy@raineslaw.com<br>4675 MacArthur Court, Suite1550<br>Newport Beach, CA 92660<br>Tel.: (310) 440-4100<br>Fax: (310) 691-1943<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Conejo Riverside Group LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>Conejo Riverside Group LLC<br><br>Debtor(s). | CASE NO.: 8:26-bk-11647-MH<br><br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☐ **No hearing: LBR 9013-1(q)**<br>☒* **Hearing information**<br>DATE: July 7, 2026<br>TIME: 1:30 p.m.<br>COURTROOM: 6C<br>ADDRESS: 411 W. Fourth Street<br>Santa Ana, California 92701 |

1. Bar Date. The court has set a deadline of *(date)* September 15, 2026 (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☐ 3420 Twelfth Street, Riverside, CA 92501
   ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 1415 State Street, Santa Barbara, CA 93101

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

(b) Governmental units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on *(date)* May 28, 2026, and therefore calculates that this deadline is *(date)* November 24, 2026 *). See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) Avoidance. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) Agreed claims. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) and it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, or is listed as disputed, contingent, unliquidated or unknown, or if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you must timely filed a Proof of Claim as set forth in this Notice.

4. 11 U.S.C. § 503(b)(9) Claims. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

5. Interest Holders. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: July 15, 2026

By: /s/ Kyra E. Andrassy
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Kyra E. Andrassy
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **July 15, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **David B Golubchik** dbg@lnbyg.com, dbg@lnbyg.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **James P Hill** jhill@fennemorelaw.com, lgubba-reiner@fennemorelaw.com;hill@ecf.inforuptcy.com;kcashman-kramer@fennemorelaw.com;hill@ecf.courtdrive.com;kramer.kathleenc.r97749@notify.bestcase.com
- **Lance N Jurich** ljurich@loeb.com, pmatsuda@loeb.com;ladocket@loeb.com;ljurich@ecf.courtdrive.com;fmckeown@loeb.com
- **Michael S Myers** myersm@ballardspahr.com, BKTDocket_West@ballardspahr.com;phxlsateam@ballardspahr.com
- **David M Poitras** dpoitras@bg.law
- **Joseph M Rothberg** jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **July 15, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| July 15, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-8
Case 8:26-bk-11647-MH
Central District of California
Santa Ana
Wed Jul 15 07:29:02 PDT 2026

Conejo Riverside Group, LLC
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

Western Alliance Bank
c/o BALLARD SPAHR LLP
Michael S. Myers
2029 Century Park East, Suite 1400
Los Angels, CA 90067-2915

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

4G Wireless, Inc.
303 Broadway Street 104-155
Laguna Beach, CA 92651-1816

4G Wireless, Inc.
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

76 Gas Station
1195 E Walnut St
Ontario, CA 91761-6155

Alz Electrical and Lighting Service
23905 Clinton Keith Road 114-395
Wildomar, CA 92595-7897

Arrowhead Group, Inc.
dba Basic Backflow
3424 Del Rosa Ave
San Bernardino, CA 92404-2804

Baskin Robbins
Heideko Cornejo & Judy Hernandez
2510 S Grove Ave
Ontario, CA 91761-6253

C-Hire Personnel, Inc.
c/o Ken Aviles
2414 S Grove Ave
Ontario, CA 91761

CVS Health
2456 S Grove Ave
Ontario, CA 91761-6224

Cadence Capital Investment
6400 S Fiddlers Green Circle
Suite 1150
Englewood 80111-4957

California FAIR Plan Property Ins.
725 S Figueroa St
Suite 3900
Los Angeles, CA 90017-5439

California Food Management LLC
2402 S Grove Ave
Ontario, CA 91761-6224

Cantor Group V, LLC
Chris Neilson, Receiver
c/o Perkin Coi, attn: Amir Gamliel
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721

City of Ontario
Business Licensing Division
PO Box 3247
Ontario, CA 91761-0925

City of Ontario
PO Box 8000
Ontario, CA 91761-1076

Conejo Loan Investors, LLC
c/o Lance N. Jurich
Loeb & Loeb LLP
10100 Santa Monica Blvd., #2200
Los Angeles, CA 90067-4120

Continuum Analytics, Inc.
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

Deba Shyam
520 Newport Center Drive
Suite 480
Newport Beach, CA 92660-7034

Dollar Tree Store #376
2522 S Grove Ave #A
Ontario, CA 91761-6253

Dollar Tree Store #376
4000 East Union Pacific Avenue
Los Angeles, CA 90023-3202

Dominion Disposal
1436 E. Pinewood Ave
Anaheim, CA 92805-1244

EVN Salon Studios LLC
c/o Timothy P. Dillon
Dillon Miller Ahuja & Boxx, LLP
5872 Owens Avenue, Suite 200
Carlsbad, CA 92008-5518

EVN Salon Suite LLC
2416 S Grove Ave
Ontario, CA 91761

Employment Development Department
Bankruptcy Group MIC 92E
P O Box 826880
Sacramento, CA 94280-0001

Fenn Termite & Pest Control
7322 Walnut Avenue
Buena Park, CA 90620-1760

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Gerald Marcil
43 Malaga Cove Plaza
Suite D
Palos Verdes Peninsula, CA 90274-1346

Grove Plaza Dental
c/o Dr. Francisco Enverge
2508 S Grove Ave
Ontario, CA 91761-6253

Hussam Chennaoui
c/o Carmela Birnbaum
Singleton Schreiber, LLP
591 Camino de la Reina #1025
San Diego, CA 92108-3112

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Joses Nuevo Landscaping LLC
3857 Birch Street, Suite 209
Newport Beach, CA 92660-2616

Kiyomi Beauty Studio
2506 S Grove Ave
Ontario, CA 91761-6253

Kuri Services LLC
14817 Janine Drive
Whittier, CA 90605-1705

Kyra E. Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Suite 1550
Newport Beach, CA 92660-2042

Lovely Nails
c/o Tanya Tran & Ken Tran
2532 S Grove Ave
Ontario, CA 91761-6253

Mohammad Honarkar
350 Forest Avenue #1438
Laguna Beach, CA 92652-2060

Mohammad Honarkar
c/o Lowenstein Sandler LLP
Attn: Christopher Ward
1000 N West Street, Suite 1200
Wilmington, DE 19801-1058

Newmark of Southern Calif. Inc.
c/o Cantor Fitzgerald Securities
Attn: Andrew Raunau
18401 Karman Avenue, #150
Irvine, CA 92612-8590

Office of the U.S. Trustee (SA)
411 West Fourth Street, Suite 7160
Santa Ana, CA 92701-4500

Orange County Tax Collector
601 N. Ross Street
Santa Ana, CA 92701-4091

Pam's Donuts
Attn: Oy Vann Chau
2530 S Grove Ave
Ontario, CA 91761-6253

Preferred Bank
601 S. Figueroa Street, 47th Floor
Los Angeles, CA 90017-5752

Preferred Bank
c/o John A. Moe, II
Dentons US LLP
601 South Figueroa Street, #2500
Los Angeles, CA 90017-5709

Sain Builders
147 Hart Beach Road
Darby, MT 59829-9619

Smart Key Locksmith
25211 Sunnymead Blvd.
Suite C-4
Moreno Valley, CA 92553-4100

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

The Smoke Shop
Attn: Arun & Rita Patel
2538 S Grove Ave
Ontario, CA 91761-6253

The Stupin Family Trust
215 5th Street
Huntington Beach, CA 92648-8101

Tina's Dry Cleaners
c/o Soo Jae Chun & Sung Koo Chun
2410 S Grove Ave
Ontario, CA 91761-6224

Tofu Chon
c/o Byungwook Hwang & Enshou Li
2528 S Grove Ave
Ontario, CA 91761-6253

Trend Systems Group
2126 S. Standard Avenue
Santa Ana, CA 92707-3035

Tung Subway Inc
2458 S Grove Ave
Ontario, CA 91761-6200

USA Threading Salon
Ranjit & Sukhjeet Gill
Namdeep Kaur & Kulwant Singh
2536 S Grove Ave
Ontario, CA 91761-6253

Unicare Community Health Center Inc
c/o Avetick Machkalyn
1151 E Walnut Ave
Ontario, CA 91761-6155

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Vallarta Food Enterprises, Inc.
Attn: Director of Real Estate
28480 Avenue Standford
Valencia, CA 91355-4814

Vierergruppe Management, Inc.
1932 East Deere Avenue
Suite 150
Santa Ana, CA 92705-5716

Weinerschnitzel
1175 E Walnut Ave
Ontario, CA 91761-6155

Wells Fargo Bank
2500 S Grove Ave
Ontario, CA 91761-6253

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Southern California Edison
PO Box 300
Rosemead, CA 91772

(d)Southern California Edison
PO Box 300
Rosemead, CA 91772-0001

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)4G Wireless, Inc.

(u)Conejo Loan Investors, LLC

(u)Courtesy NEF

(u)EVN Salon Studios LLC

(d)Conejo Riverside Group, LLC
520 Newport Center Drive, Suite 480
Newport Beach, CA 92660-7034

(d)Kyra E Andrassy
Raines Feldman Littrell LLP
4675 MacArthur Court
Ste 1550
Newport Beach, CA 92660-2042

(u)Mohammad Honarkar

End of Label Matrix
Mailable recipients 61
Bypassed recipients 7
Total 68